UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN VINICIO VALVERDE BERMEO
(221-498-009),

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER, et al.,

Respondents.

No.  2:26-cv-1329 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On April 10, 2026, the district court converted petitioner's motion for temporary restraining order to a motion for preliminary injunction, granted the preliminary injunction, ordered petitioner's immediate release, and referred the habeas petition and respondents' motion to dismiss to the undersigned for further proceedings.  (ECF No. 9.)  Within 7 days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.

1

On April 9, 2026, respondents filed a motion to dismiss and an answer to the petition for writ of habeas corpus.  (ECF Nos. 7, 8.)  Within 10 days of the date of this order, petitioner shall file an opposition to the motion to dismiss and may file a traverse/reply to the answer.  If petitioner does not file an opposition by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.  If petitioner files an opposition, respondents may file a reply within 7 days of the filing of petitioner's opposition.

Accordingly, IT IS HEREBY ORDERED that:

1.  Given petitioner's pro se status, within 7 days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.

2.  Petitioner's traverse/reply to the answer and opposition to the motion to dismiss, if any, is due 10 days from the date of this order.  If petitioner files an opposition, respondents may file a reply to the opposition to the motion to dismiss within 7 days after being served with the opposition.

3.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties.  Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  April 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/valv1329.100.2241.imm

2